IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No.: 1431 (MJD/JGL)

This Document Relates to

DIANE DELUISE,

Plaintiff,

v.

BAYER CORPORATION; BAYER CONSUMER CASE DIVISION, a division of Bayer Corporation; SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

Defendants.

MDL Case No.: 02-0174

(Original Case No. 01-cv-8270 (JSR) (HP))

STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

MAR 2 3 2004

Michael J. Davis

United States District Judge